UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONROE GROCERY, INC. and FRANCISCO TAVAREZ : <br><br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> UNITED STATES OF AMERICA, GILDA TORRES, and SONNY PERDUE : <br><br> : <br> Defendants : <br> : | CIVIL ACTION NO. 3:17-922 <br><br> (MANNION, D.J.) <br> (SCHWAB, M.J.) |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Judge Schwab's Report (Doc. 40) is **ADOPTED IN ITS ENTIRETY**;

**(2)** The Government's objections (Doc. 43) are **OVERRULED**;

**(3)** The Government's motion to dismiss (Doc. 18) is **GRANTED IN PART** and **DENIED IN PART**;

   **a.** The Government's motion to dismiss plaintiffs' claims seeking damages against defendants, in their official capacities is **GRANTED,** and such claims are **DISMISSED WITH PREJUDICE**;

    **b.** The Government's motion to dismiss plaintiffs' equal protection claims is **DENIED**.

    **c.** The Government's motion to dismiss plaintiffs' substantive due process claim is **GRANTED,** and such claims are **DISMISSED WITHOUT PREJUDICE**; however, plaintiffs are **GRANTED** leave to file a second amended complaint by **March 6, 2019.**

**(4)** This matter is **REMANDED** to Judge Schwab for further proceedings.

                                   s/ *Malachy E. Mannion*
                                   **MALACHY E. MANNION**
                                   **United States District Judge**

**DATE: February 20, 2019**
O:\MANNION\SHARED\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-922-01-ORDER.DOCX