UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONROE GROCERY, INC., a Pennsylvania Corporation, and FRANCISCO TAVAREZ, an Individual, | : : : : : | CIVIL NO: 3:17-CV-00922 (Magistrate Judge Schwab) |
| Plaintiffs, | : : | |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : : | |

# ORDER
March 1, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the United States' motion (*doc. 90*) for summary judgment is **GRANTED** and the Clerk of Court shall enter judgment in favor of the United States and against the plaintiffs.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge